# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1210
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

**NEW JERSEY OFFICE:**

6 SOUTH STREET, SUITE 201
MORRISTOWN, NEW JERSEY

October 11, 2017

**BY ECF**
The Honorable Katherine B. Forrest
United States District Judge

Re:   *Batista v. The City of New York, et al.,* 17 CV 4245 (KBF)

Dear Judge Forrest:

      I represent the plaintiff in this action and write on behalf of the parties.

      First, the parties have agreed to remove this case from the "1983 Plan."

      Second, defendants have agreed to file an answer on or before November 8, 2017.

      Third, the parties respectfully request an initial conference with the Court towards the end of November 2017.

      Thank you.

Respectfully,

Vik Pawar (VP9101)

Cc:   Mr. Daniel H. Oliner, Esq.

1