```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RAUL BATISTA,                                               :
                                                            :
                           Plaintiff,                       :
                                                            :
                -v-                                         :    17-cv-4245 (KBF)
                                                            :
THE CITY OF NEW YORK, P.O. ALFRED                           :       ORDER
SANTERISO, DET. JAMES FLYNN, SGT.                           :
FRANCISCO PEREZ, Undercover Officer 1                       :
("UC0311"), Undercover Officer 2 ("UC0022")                 :
and Undercover Officer 3 ("UC0014"), JOHN                   :
AND JANE DOES 1-2,                                          :
                                                            :
                           Defendants.                      :
                                                            :
------------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: October 12, 2017 |

KATHERINE B. FORREST, District Judge:

The Court is in receipt of the parties' letter notifying the Court that they have agreed to remove the case from the § 1983 Plan. As such, it is hereby ORDERED that:

1. This case is hereby REMOVED from the § 1983 Plan.

2. Lead counsel for all parties shall appear for an in-person initial pretrial conference ("IPTC") on **Thursday, October 26, 2017 at 2:30 p.m.**

3. Full discovery should commence immediately.

4. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

5. Requests for adjournments shall be submitted at least **two business days prior** to the IPTC.

6. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.

SO ORDERED.

Dated:  New York, New York
October 12, 2017

_____
KATHERINE B. FORREST
United States District Judge